1  Law Offices of Preeti K. Bajwa
2  Preeti K. Bajwa (SBN 232484)
   901 H. Street, Suite 208
3  Sacramento, CA 95814
   (916) 444-7100
4

**FILED**

OCT 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5  Attorney for Defendant
   GARY JASON GRANT
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GARY JASON GRANT<br><br>Defendant | No. 2:10-CR-0237<br><br>STIPULATION AND ORDER<br><br>DATE: September 10, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland Burrell |

It is hereby stipulated and agreed to between the United States of America through Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and through his counsel, PREETI K. BAJWA, Attorney at Law, that the deadline for filing the necessary documents to secure defendant Gary Jason Grant's appearance bond in this case shall be extended from Wednesday, October 20, 2010, to Friday, October 29, 2010.

///

///

///

grant0237.stipord.eot.appbond.DOC
10/21/10

- 1 -

The reason for this extension is to allow defense counsel additional time to obtain and submit for the prosecution's review the necessary documents to secure Grant's appearance bond.

DATED: October 20, 2010

Respectfully submitted,

 /s/ Preeti Bajwa
PREETI K. BAJWA
Attorney for Defendant
GARY JASON GRANT

DATED: October 20, 2010

BENJAMIN WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff United States of America

## ORDER

IT IS SO ORDERED. The deadline for filing the necessary documents to secure defendant Gary Jason Grant's appearance bond in this case is extended from Wednesday, October 20, 2010, to Friday, October 29, 2010.

DATED: October 21, 2010

Dale A. Drozd
United States Magistrate Judge

Ddad1\orders.criminal\grant0237.stipord.eot.appbond