BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY JASON GRANT, et al.,<br><br>        Defendants. | No. 2:10-CR-237 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Court:  Hon. Garland E. Burrell<br>Date:   December 10, 2010<br>Time:   9:00 a.m. |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Gary Jason Grant, Timothy Thomas Seaver, and Michael Christopher Moore on the other hand, through their respective attorneys, that: (1) the presently set December 10, 2010, status conference shall be continued to February 18, 2011, at 9:00 a.m.; and (2) time from the date of the parties' stipulation, December 7, 2010, through, and including, February 18, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (complex

1

1  and unusual case) and T4 (reasonable time for defense counsel to
2  prepare).
3       The parties note that this case stems from the earlier
4  investigation and prosecution of Daren Glosser and Shannon Selle,
5  Case No. CRS 05-309 GEB, which this Court previously determined
6  to be complex and unusual within the meaning of the Speedy Trial
7  Act based on the grounds that the conspiracy charge spans almost
8  four years and the case involves approximately 22 search
9  warrants, hundreds of exhibits, numerous witnesses, and multiple
10 law enforcement agencies.  Consequently, in the instant case, the
11 United States has produced substantial voluminous discovery
12 consisting of thousands of documents to defense counsel and they
13 will need additional time to review the discovery, investigate
14 the facts, and conduct legal research regarding possible
15 defenses.  The parties further note that Dan Koukol, Esq.,
16 attorney for defendant Michael Christopher Moore, recently
17 entered into this case on October 20, 2010, and will need
18 additional time to prepare his client's defense in this complex
19 case.
20      Based on these facts, the parties stipulate and agree that
21 the instant case is unusual and complex and it is unreasonable to
22 expect adequate preparation for pretrial proceedings and trial
23 itself within the time limits established in § 3161.  In
24 addition, the parties stipulate and agree that the trial delay
25 and exclusion of time requested herein is necessary to provide
26 ///
27 ///
28 ///

2

defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence.

Dated: December 7, 2010                   /s/ Preeti K. Bajwa
                                          _____
                                          PREETI K. BAJWA
                                          Attorney for Defendant
                                          Gary Jason Grant
                                          (per email authorization)

Dated: December 7, 2010                   /s/ Dan Frank Koukol
                                          _____
                                          DAN FRANK KOUKOL
                                          Attorney for Defendant
                                          Michael Christopher Moore
                                          (per email authorization)

Dated: December 7, 2010                   /s/ Matthew Bockmon
                                          _____
                                          MATTHEW BOCKMON
                                          Attorney for Defendant
                                          Timothy Seaver
                                          (per email authorization)

Dated: December 7, 2010                   BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                                  /s/ Samuel Wong
                                          By:  _____
                                               SAMUEL WONG
                                               Assistant U.S. Attorney

---

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect

1  adequate preparation for pretrial proceedings and trial itself
2  within the time limits established in 18 U.S.C. § 3161.  In
3  addition, the Court specifically finds that the failure to grant
4  a continuance in this case would deny defense counsel reasonable
5  time necessary for effective preparation, taking into account the
6  exercise of due diligence.  The Court finds that the ends of
7  justice to be served by granting the requested continuance
8  outweigh the best interests of the public and the defendants in a
9  speedy trial.
10      The Court orders that the time from the date of the parties'
11 stipulation, December 7, 2010, to and including the new February
12 18, 2011, status conference hearing date shall be excluded from
13 computation of time within which the trial of this case must be
14 commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
15 § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual
16 and complex case) and T4 (reasonable time for defense counsel to
17 prepare).  It is further ordered that a status conference shall
18 be held on February 18, 2011, at 9:00 a.m.

Dated:   December 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge