Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
GARY JASON GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-0237 |
| Plaintiff, | STIPULATION AND   [PROPOSED] ORDER |
| vs. | |
| GARY JASON GRANT | DATE: TIME: JUDGE: Hon. Garland Burrell |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through

Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and

through his counsel, PREETI K. BAJWA, Attorney at Law that the Defendant's pre-trial release

conditions be modified as follows: Mr. Grant will be placed on electronic monitoring subject to

curfew restrictions monitored by Pre-Trial services.

1    DATED:  February 14, 2011

2                                              Respectfully submitted,

3                                               /s/ Preeti Bajwa

4                                              PREETI K. BAJWA
                                               Attorney for Defendant
5                                              GARY JASON GRANT

6

7    DATED:  February 14, 2011                 BENJAMIN WAGNER
                                               United States Attorney
8

9                                               /s/ Samuel Wong

10                                             SAMUEL WONG
                                               Assistant U.S. Attorney
11                                             Attorney for Plaintiff

12

13

14                                     **ORDER**

15

16         IT IS SO ORDERED. The Defendant's pre-trial release conditions are modified

17   such that the Defendant will be placed on electronic monitoring subject to curfew

18   restrictions monitored by Pre-Trial Services.**Date:  2/17/2011**

19

20

21   _____

22   GARLAND E. BURRELL, JR.
     United States District Judge
23

24

25

26

27

28

Stip & Order for Modification.doc                    - 2 -
02/17/11