BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GARY JASON GRANT, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | No. 2:10-CR-237 GEB <br> **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS INDICTMENT** <br> Court: Hon. Garland E. Burrell <br> Date: December 16, 2010 <br> Time: 9:00 a.m. |

Whereas, the United States desires additional time to respond to defendant Gary Jason Grant's motion to dismiss the Indictment [1],

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Gary Jason Grant, on the other hand, through their respective attorneys, that the briefing and hearing schedule on Grant's motion to dismiss the Indictment shall, with the Court's

---

[1] No other defendant in this case has joined in Grant's dismissal motion.

1

approval, be modified as follows to allow the United States additional time to prepare its response to the motion:

    1.   The United States' response shall be due on December 9, 2011;

    2.   Any defense reply shall be due on December 30, 2011; and

    3.   The hearing on the motion shall be reset from December 16, 2011, to January 6, 2012, at 9:00 a.m.  Courtroom Clerk Shani Furstenau has advised that the Court is available on this date.

Dated:  December 6, 2011        /s/ Preeti K. Bajwa
                                                        PREETI K. BAJWA
                                                        Attorney for Defendant
                                                        Gary Jason Grant
                                                        (per email authorization)

Dated:  December 6, 2011        BENJAMIN B. WAGNER
                                                        UNITED STATES ATTORNEY

                                                        /s/ Samuel Wong
                                           By:
                                                        SAMUEL WONG
                                                       Assistant U.S. Attorney

**ORDER**

    The Court, having received, read, and considered the stipulation of the parties to modify the briefing schedule and reset the hearing date on defendant Gary Jason Grant's motion to dismiss the Indictment, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO ORDERED.

Dated:  December 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge