Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
GARY JASON GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-0237 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| vs. | |
| GARY JASON GRANT | JUDGE: Hon. Garland Burrell |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and through his counsel, PREETI K. BAJWA, Attorney at Law that the Defendant may travel from California to North Carolina for work-related purposes on January 10, 2012 through January 13, 2012. Mr. Grant's electronic monitor device will remain on his person and will be suspended for the duration of this travel. Upon Mr. Grant's return to California on January 13, 2012, the electronic monitoring will be reactivated.

DATED:  January 5, 2012

                Respectfully submitted,

                _/s/ Preeti Bajwa_____
                PREETI K. BAJWA
                Attorney for Defendant
                GARY JASON GRANT

DATED: January 5, 2012        BENJAMIN WAGNER
                United States Attorney

                _/s/ Samuel Wong
                SAMUEL WONG
                Assistant U.S. Attorney
                Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED. The Defendant may travel from California to North Carolina for work-related purposes on January 10, 2012 through January 13, 2012. Mr. Grant's electronic monitor device will remain on his person and will be suspended for the duration of this travel. Upon Mr. Grant's return to California on January 13, 2012, the electronic monitoring will be reactivated.

1/5/12

                _____
                GARLAND E. BURRELL, JR.
                United States District Judge