Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
GARY JASON GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-0237 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| vs. | |
| GARY JASON GRANT | JUDGE: Hon. Garland Burrell |
| Defendant | |

It is hereby stipulated and agreed to between the United States of America through Samuel Wong, Assistant U.S. Attorney, and the defendant, GARY JASON GRANT by and through his counsel, PREETI K. BAJWA, Attorney at Law that the Defendant's pre-trial release conditions be modified as follows: Mr. Grant will no longer be on electronic monitoring subject to curfew restrictions monitored by Pre-Trial Services. Pre-Trial Services agrees with this modification.

Stip & Order for Modification #2 Grant.doc
04/13/12

- 1 -

DATED:  March 20, 2012

                                Respectfully submitted,

                                 /s/ Preeti Bajwa
                                PREETI K. BAJWA
                                Attorney for Defendant
                                GARY JASON GRANT

DATED: March 20, 2012                BENJAMIN WAGNER
                                United States Attorney

                                 /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## **ORDER**

    IT IS SO ORDERED. The Defendant's pre-trial release conditions are modified such that the Defendant will no longer be on electronic monitoring subject to curfew restrictions monitored by Pre-Trial Services.

**Date:  4/13/2012**

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge