1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY THOMAS SEAVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-237 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET STATUS CONFERENCE** |
| GARY JASON GRANT, TIMOTHY THOMAS SEAVER, and MICHAEL CHRISTOPHER MOORE, | ) | Date: July 20, 2012
Time: 9:00 a.m.
Judge: Garland E. Burrell, Jr. |
| Defendants. | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through SAMUEL WONG, Assistant U.S. Attorney, and defendants, GARY JASON GRANT, by and through his counsel, Erin Radekin, TIMOTHY THOMAS SEAVER, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, and MICHAEL CHRISTOPHER MOORE, by and through his counsel, Dan Frank Koukol, that the trial confirmation hearing and jury trial dates be vacated, and a status conference hearing date of Friday, July 20, 2012, at 9:00 a.m., be set.

The reason for this continuance is because Erin Radekin recently substituted in as attorney of record for Defendant Gary Jason Grant.  Ms. Radekin needs additional time to review the voluminous discovery in this case and consult with Mr. Grant.

/ / /

/ / /

1 | Based upon the foregoing, the parties further stipulate that the Court shall find the time period from the date of this stipulation, May 17, 2012, through and including the date of the new status conference, July 20, 2012, be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel], and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: May 17, 2012

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Matthew C. Bockmon*
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                TIMOTHY THOMAS SEAVER

Dated: May 17, 2012        */s/ Matthew C. Bockmon for*
                ERIN RADEKIN
                Attorney for Defendant
                GARY JASON GRANT

Dated: May 17, 2012        */s/ Matthew C. Bockmon for*
                DAN FRANK KOUKOL
                Attorney for Defendant
                MICHAEL CHRISTOPHER MOORE

Dated: May 17, 2012        BENJAMIN B. WAGNER
                United States Attorney

            By:    */s/ Matthew C. Bockmon for*
                SAMUEL WONG
                Assistant U.S. Attorney
                Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY JASON GRANT, TIMOTHY THOMAS SEAVER, and MICHAEL CHRISTOPHER MOORE,<br><br>Defendants. | No. CR-S-10-237 GEB<br><br>**ORDER VACATING TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SETTING STATUS CONFERENCE** |

Based on the reasons set forth in the stipulation of the parties filed on May 17, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the trial confirmation hearing and jury trial dates be vacated, and that the case be set for status conference on **Friday, July 20, 2012, at 9:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 17, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 17, 2012, through and including July 20, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 [unusual and complex case] and T4 [reasonable time for defense counsel to prepare and continuity of defense counsel].

Dated: May 17, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge