**ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
GARY JASON GRANT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GARY JASON GRANT,<br><br>  Defendant. | Case No. 2:10-cr-00237<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL CONFIRMATION HEARING** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, and defendant, Gary Jason Grant, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for trial confirmation hearing in the above-captioned matter, December 7, 2012 at 9:00 a.m., and to continue the matter for change of plea/trial confirmation hearing on January 4, 2013 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that Ms. Radekin needs additional time to go over the plea agreement with her client. Ms. Radekin contemplates that Mr. Grant will be prepared to change his plea on January 4, 2013; however, if he does not do so and wishes to confirm the matter for trial on January 4, 2013, the defense will have no objection to continuing the trial date from its currently set date of January 15, 2013 to the first available date after February 4, 2013. The court is advised that,

with that condition, Mr. Wong has no objection to this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: December 7, 2012                         BENJAMIN WAGNER
                                                United States Attorney

                                                By:    /s/ Samuel Wong
                                                SAMUEL WONG
                                                Assistant United States Attorney

Dated: December 7, 2012                             /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Attorney for Defendant
                                                GARY JASON GRANT

## ORDER

The December 7, 2012 trial confirmation hearing is rescheduled to commence at 9:00 a.m. on January 4, 2013.

IT IS SO ORDERED.

Dated:  December 7, 2012

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge